No. 02–11369. WILSON v. CENTRAL INTELLIGENCE AGENCY, *ante*, p. 871. Motion of petitioner for leave to file petition for rehearing denied.